UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Nijaquan Kevia Moore**　　　　　　　　　　　　　　　**Docket No. 4:19-CR-66-1D**

### Petition for Action on Supervised Release

COMES NOW Melissa K. Lunsmann, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Nijaquan Kevia Moore, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 21, 2020, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Nijaquan Kevia Moore was released from custody on May 18, 2021, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 27, 2021, the defendant admitted to using marijuana while in custody, prior to the start of his term of supervised release. In order to increase his opportunities for success while on supervision, it is respectfully recommended that he comply with substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ David W. Leake　　　　　　　　　　　　　/s/ Melissa K. Lunsmann
David W. Leake　　　　　　　　　　　　　　Melissa K. Lunsmann
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　200 Williamsburg Pkwy, Unit 2
　　　　　　　　　　　　　　　　　　　　　　Jacksonville, NC 28546-6762
　　　　　　　　　　　　　　　　　　　　　　Phone: (910) 346-5103
　　　　　　　　　　　　　　　　　　　　　　Executed On: May 28, 2021

Nijaquan Kevia Moore
Docket No. 4:19-CR-66-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __7__ day of __June__, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge