UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Nijaquan Kevia Moore**  Docket No. 4:19-CR-66-1D

### Petition for Action on Supervised Release

COMES NOW Shawn M. Lyon, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Nijaquan Kevia Moore, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 21, 2020, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Nijaquan Kevia Moore was released from custody on May 18, 2021, at which time the term of supervised release commenced. On May 28, 2021, a Petition for Action was submitted to the court advising of an admission of the use of marijuana prior to his term of supervision starting and requested that the conditions for drug treatment be added to increase his opportunities for success. The court agreed to the petition.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 23, 2021, the defendant failed to report to East Coast Counseling for a urinalysis screen as part of the surprise urinalysis program without a valid excuse. On September 3, 2021, the defendant tested positive for marijuana on an instant urinalysis screen. The subject readily admitted to the use of marijuana. As a sanction for these violations, the probation office is recommending that he be placed on 30 days curfew with electronic monitoring. Furthermore, Moore has been referred for treatment, and this officer will seek to increase his treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Nijaquan Kevia Moore
Docket No. 4:19-CR-66-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Shawn M. Lyon<br>Shawn M. Lyon<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2337<br>Executed On: September 3, 2021 |

## ORDER OF THE COURT

Considered and ordered this ___7___ day of ___September___, 2021, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge